

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00899-CV

Jennifer L. **ZUNIGA**, Individually and as judgment creditor and on behalf of Christopher J. Medina,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI11445
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court